IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L.G. and E.G., *on behalf of* E.G. | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WISSAHICKON SCHOOL DISTRICT | : | No. 06-0333 |
| Defendant. | : | NO. 06-3816 |
| | : | CONSOLIDATED |

# **O R D E R**

AND NOW, this 4th day of January, 2011, after consideration of the parties' cross-motions for judgment and decision on the administrative record, their memoranda of law, and responses thereto, and for the reasons stated in the court's memorandum of law of today's date, it is **ORDERED** that:

1. Defendant's Motion for Judgment and Decision on the Administrative Record (paper no. 63) is **GRANTED**.

2. Plaintiffs' Opposition to Defendant's Motion for Judgment and Decision on the Administrative Record and Request for Judgment in their Favor Based on Modified *De Novo* Review (paper no. 67) is **DENIED**.

3. Judgment is entered in favor of defendant and against plaintiffs.

4. The Clerk of Court shall mark this case closed.

/s/ Norma L. Shapiro
_____
J.